**United States Bankruptcy Court**
**Eastern District of Virginia**
Richmond Division
701 East Broad Street
Richmond, VA 23219

Case Number 08−34243−KRH
Chapter 13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Alvin D. Oliver
9435 Stone Spring Drive
Mechanicsville, VA 23116

Cheryl L. Oliver
9435 Stone Spring Drive
Mechanicsville, VA 23116

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
  Debtor: xxx−xx−7032        Joint Debtor: xxx−xx−0266

Employer Tax−Identification (EIN) No(s).(if any):
  Debtor: NA        Joint Debtor: NA

**NOTICE OF DISMISSAL OF CASE**

Notice is hereby given that an order was entered on December 20, 2010 dismissing the above−captioned case.

Dated: December 20, 2010

[VAN015vDec2009.jsp]

For the Court,

William C. Redden, Clerk
United States Bankruptcy Court

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Dec 22, 2010.
```
db/jdb      +Alvin D. Oliver,    Cheryl L. Oliver,    9435 Stone Spring Drive,    Mechanicsville, VA 23116-5866
cr          +Chase Student Loan Servicing LLC,    POB 523,    Madison, MS 39130-0523
cr          +PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
8512055     +AMERICAN STUDENT ASSISTANCE,    100 CAMBRIDGE STREET, STE. 1600,    BOSTON, MA 02114-2567
8445590     +Affiliated Acceptance Corp.,    P.O. Box 790001,    Sunrise Beach, MO 65079-9001
8492410     +American Home Mortgage,    Servicing, Inc.,    P.O. Box 631730,    Irving, TX 75063-0002
8445594     +American Recovery System,    1699 Wall Street,    Suite 300,    Mount Prospect, IL 60056-5778
8445595     +Anthem Blue Cross Blue Sheild,    2015 Staples Mill Road,    Attn: Legal Dept.,
              Richmond, VA 23230-6122
8445596     +Brinks Home Security,    8880 Esters Blvd,    Irving, TX 75063-2419
8610453      Chase Bank USA NA,    by eCAST Settlement Corporation,    as its agent,    POB 35480,
              Newark NJ 07193-5480
8445600     +Chase Student Loan Servicing,    P.O. Box 523,    Attn: Bankruptcy Dept.,    Madison, MS 39130-0523
8445602     +Citibusiness Card,    P.O. Box 183055,    Columbus, OH 43218-3055
8445603     +Code Blue Technology,    5000 Monument Avenue,    Richmond, VA 23230-3600
8460190     +Commonwealth of Virginia,    Department of Taxation,    PO Box 2156,    Richmond, VA 23218-2156
8577054     +DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee,    c/o Rosicki, Rosicki & Associates P.C.,
              51 East Bethpage Road, Plainview,,    NY 11803-4224
8610455      FIA Card Services aka Bank of America,    by eCAST Settlement Corporation,    as its agent,
              POB 35480,    Newark NJ 07193-5480
8445604     +Faslo Solutions, LLC,    1400 Corporate Drive,    Irving, TX 75038-2954
8628696      HSBC CONSUMER LENDING USA INC,    by eCAST Settlement Corporation,    as its agent,    POB 35480,
              Newark NJ 07193-5480
8445609     +Innovative Bank,    360 14th Street,    Oakland, CA 94612-3200
8494340     +Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
8445611     +LDG Financial Services LLC,    P.O. Box 1425,    Norcross, GA 30091-1425
8890834      LVNV Funding LLC as assignee of American Express,    c/o Resurgent Capital Services,
              P.O. Box 10587,    Greenville, SC 29603-0587
8445612     +Litton Loan Servicing LLP,    4828 Loop Central Drive,    Attn: Bankrutpcy Dept.,
              Houston, TX 77081-2166
9846839     +Litton Loan Servicing, LP.,    PO BOX 829009,    Dallas, TX 75382-9009
8445615     +MCV Hospitals,    P.O. Box 758997,    Attn: Bankruptcy Dept.,    Baltimore, MD 21275-8997
8541034     +MICHAEL G. OLVERSON,    1264 POINT COURT,    TAPPAHANNOCK, VA 22560-5078
8445614     +Macy/DSB,    9111 Duke Blvd,    Mason, OH 45040-8999
9913331    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC.,    PO Box 41067,
              Norfolk, VA 23541)
8445620     +Plains Commerce Bank,    P.O. Box 24747,    Tampa, FL 33623-4747
8461869    ++REAL TIME RESOLUTIONS INC,    PO BOX 36655,    DALLAS TX 75235-1655
             (address filed with court: Real Time Resolutions, Inc.,    1750 Regal Row Suite 120,
              PO Box 36655,    Dallas Texas 75235)
8445624     +Scholastic,    2931 EastMcCarty Street,    Jefferson City, MO 65101-4468
8445625     +Settlers Landing POA,    9235 Shady Grove Road,    Ste. 200,    Mechanicsville, VA 23116-2888
8445626     +Spotts, Smith, Fain,    P.O. Box 1555,    Richmond, VA 23218-1555
8445627     +Suntrust,    P.O. Box 85673,    Richmond, VA 23285-5673
8478691     +Suntrust Bank,    Attn: Support Services,    P.O. Box 85092,    Richmond, VA 23286-0001
8445628     +Suntrust Mortgage,    P.O. Box 26149,    Attn: Bankruptcy Dept.,    Richmond, VA 23260-6149
8531077     +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
8445631     +United Consumers, Inc.,    P.O. Box 4466,    Woodbridge, VA 22194-4466
8445634    ++VIRGINIA DEPARTMENT OF TAXATION,    P O BOX 2156,    RICHMOND VA 23218-2156
             (address filed with court: VA Department of Taxation,    P.O. Box 1115,    Attn: Bankruptcy Dept.,
              Richmond, VA 23218-0000)
8544427     +WORLD FINANCIAL NETWORK NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,
              2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
```

The following entities were noticed by electronic transmission on Dec 21, 2010.
```
cr           EDI: RESURGENT.COM Dec 20 2010 23:38:00      LVNV Funding LLC its successors and assigns as ass,
              c/o Resurgent Capital Services,    P.O. Box 10587,    GREENVILLE, SC 29603-0587
cr          +EDI: PRA.COM Dec 20 2010 23:38:00      PRA Receivables Management LLC,    POB 41067,
              Norfolk, VA 23541-1067
8445591     +EDI: AMEREXPR.COM Dec 20 2010 23:38:00      American Express,    P.O. Box 297812,
              Attn: Bankruptcy Dept.,    Fort Lauderdale, FL 33329-7812
8445592     +EDI: AMEREXPR.COM Dec 20 2010 23:38:00      American Express,    P.O. Box 981537,
              Attn: Bankruptcy Dept.,    El Paso, TX 79998-1537
8489536      EDI: BECKLEE.COM Dec 20 2010 23:38:00      American Express Centurion Bank,
              c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
8625800      EDI: RESURGENT.COM Dec 20 2010 23:38:00      Ascent Card Services LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
8547847      EDI: CAPITALONE.COM Dec 20 2010 23:38:00      CAPITAL ONE BANK (USA), N.A.,
              C/O TSYS DEBT MANAGEMENT (TDM),    PO BOX 5155,    NORCROSS, GA 30091
8445598     +EDI: CBCSI.COM Dec 20 2010 23:38:00      CBCS,    P.O. Box 69,    Columbus, OH 43216-0069
8445599     +EDI: SEARS.COM Dec 20 2010 23:38:00      CBUSASEARS,    8725 W. Sahara Avenue,
              Attn: Bankruptcy Dept.,    The Lakes, NV 89163-0001
8445597     +EDI: CAPITALONE.COM Dec 20 2010 23:38:00      Capital One Financial,    P.O. Box 85147,
              Attn: Bankruptcy Dept.,    Richmond, VA 23276-0001
8445601     +EDI: CHASE.COM Dec 20 2010 23:38:00      Chase-Circuit City,    800 Brooksedge Blvd,
              Westerville, OH 43081-2822
8550499      EDI: CITICORP.COM Dec 20 2010 23:38:00      Citibank (South Dakota) N.A.,
              Exception Payment Processing,    P.O. Box 6305,    The Lakes, NV 88901-6305
8501100      EDI: TSYS2.COM Dec 20 2010 23:38:00      DEPARTMENT STORES NATIONAL BANK/MACYS,
              TSYS DEBT MGMT., INC.,    PO BOX 137,    COLUMBUS, GA 31902-0137
```

```
The following entities were noticed by electronic transmission (continued)
8559102      +EDI: ECMC.COM Dec 20 2010 23:38:00       ECMC,    7325 Beaufont Springs,    Suite 200,
              Richmond,VA 23225-5563
8445605      +EDI: BANKAMER2.COM Dec 20 2010 23:38:00       FIA Card Services,    P.O. Box 15726,
              Attn: Bankruptcy Dept.,    Wilmington, DE 19886-5726
8445606      +EDI: RMSC.COM Dec 20 2010 23:38:00       GEMB/Gap,    P.O. Box 981400,    Attn: Bankruptcy Dept.,
              El Paso, TX 79998-1400
8445607      +EDI: HFC.COM Dec 20 2010 23:38:00       HFC,    P.O. Box 17574,    Attn: Bankruptcy Dept.,
              Baltimore, MD 21297-1574
8445999       EDI: IRS.COM Dec 20 2010 23:38:00       IRS,    P.O. Box 21126,    Philadelphia, PA 19114
8445610       EDI: IRS.COM Dec 20 2010 23:38:00       Internal Revenue Service,    Insolvency Group, Stop Rm 898,
              400 North 8th Street, Box 76,    Richmond, VA 23219-0000
8558493       EDI: RESURGENT.COM Dec 20 2010 23:38:00       LVNV Funding LLC its successors and assigns as,
              assignee of Citibank,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
8445613      +EDI: RMSC.COM Dec 20 2010 23:38:00       Lowes,    P.O. Box 105982,    Dept. 79,
              Atlanta, GA 30353-5982
8493820       EDI: TSYS2.COM Dec 20 2010 23:38:00       MACYS RETAIL HOLDINGS, INC.,    TSYS DEBT MGMT., INC.,
              PO BOX 137,    COLUMBUS, GA  31902-0137
8445616      +EDI: PHINPLAZA.COM Dec 20 2010 23:38:00       Mitchell N. Kay,    7 Penn Plaza, 18th Floor,
              New York, NY 10001-3967
9058627      +E-mail/Text: bknotice@ncmllc.com                            National Capital Management, LLC,
              8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
8445617      +E-mail/Text: bnc@nordstrom.com                              Nordstrom FSB,    P.O. Box 13589,
              Attn: Bankruptcy Dept.,    Scottsdale, AZ 85267-3589
8463518      +E-mail/Text: bnc@nordstrom.com                              Nordstrom FSB,    PO Box 6566,
              Englewood, CO 80155-6566
9913331       EDI: PRA.COM Dec 20 2010 23:38:00       Portfolio Recovery Associates, LLC.,    PO Box 41067,
              Norfolk, VA 23541
8445619      +E-mail/Text: bankruptcy@pb.com                              Pitney Bowes Purchase Power,
              P.O. Box 856042,    Attn: collections,    Louisville, KY 40285-6042
8445621      +EDI: PHINRJMA.COM Dec 20 2010 23:38:00       RJM Acquisitions LLC,    P.O. Box 12023,
              Hauppauge, NY 11788-0816
8646297       EDI: BLINE.COM Dec 20 2010 23:38:00       Roundup Funding LLC,    MS 550,    PO Box 91121,
              Seattle WA 98111-9221
8685226       EDI: BLINE.COM Dec 20 2010 23:38:00       Roundup Funding, LLC,    PO Box 91121,    MS 550,
              Seattle, WA 98111-9221
8445622      +EDI: RMSC.COM Dec 20 2010 23:38:00       Sams Club,    P.O. Box 981064,    Attn: Bankruptcy Dept.,
              El Paso, TX 79998-1064
8478691      +EDI: STF1.COM Dec 20 2010 23:38:00       Suntrust Bank,    Attn: Support Services,    P.O. Box 85092,
              Richmond, VA 23286-0001
8445628      +EDI: STF1.COM Dec 20 2010 23:38:00       Suntrust Mortgage,    P.O. Box 26149,
              Attn: Bankruptcy Dept.,    Richmond, VA 23260-6149
8445629      +EDI: WTRRNBANK.COM Dec 20 2010 23:38:00       Target National Bank,    P.O. Box 59231,
              Attn: Bankruptcy Dept.,    Minneapolis, MN 55459-0231
8445630      +EDI: WFNNB.COM Dec 20 2010 23:38:00       The Limited,    P.O. box 337001,    Denver, CO 80233-7001
8445632      +EDI: USAA.COM Dec 20 2010 23:38:00       USAA Federal Savings Bank,    10750 McDermott Fwy,
              Attn: Bankruptcy Dept.,    San Antonio, TX 78288-1600
8470981      +EDI: USAA.COM Dec 20 2010 23:38:00       USAA Federal Savings Bank,    10750 McDermott Freeway,
              San Antonio, TX 78288-1600
8445633      +EDI: USAA.COM Dec 20 2010 23:38:00       USAA Savings Bank,    P.O. Box 14050,
              Attn: bankruptcy dept.,    Las Vegas, NV 89114-4050
8445635      +EDI: WFNNB.COM Dec 20 2010 23:38:00       Victoria’s Secret,    P.O. Box 182125,
              Attn: Bankruptcy Dept.,    Columbus, OH 43218-2125
8445608       EDI: FUNB.COM Dec 20 2010 23:38:00       Homeq Servicing,    P.O. Box 13716,
              Attn: Bankruptcy Dept.,    Sacramento, CA 95853-0000
8445636       EDI: FUNB.COM Dec 20 2010 23:38:00       Wachovia,    P.O. Box 40031,    Attn: Bankruptcy Dept.,
              Roanoke, VA 24022-0000
8970851       EDI: ECAST.COM Dec 20 2010 23:38:00       eCAST Settlement Corporation,    POB 35480,
              Newark NJ 07193-5480
8583944       EDI: ECAST.COM Dec 20 2010 23:38:00       eCAST Settlement Corporation assignee of,
              GE Money Bank/Lowes Consumer,    POB 35480,    Newark NJ 07193-5480
8583941       EDI: ECAST.COM Dec 20 2010 23:38:00       eCAST Settlement Corporation assignee of,
              GE Money Bank/Sams Club,    POB 35480,    Newark NJ 07193-5480
8583940       EDI: ECAST.COM Dec 20 2010 23:38:00       eCAST Settlement Corporation assignee of,
              GE Money Bank/The GAP,    POB 35480,    Newark NJ 07193-5480
                                                                                               TOTAL: 46

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            American Home Mortgage Servicing, Inc.
cr            Deutsche Bank National Trust Company
tee*         +ECMC,    7325 Beaufont Springs,    Suite 200,    Richmond, VA 23225-5563
cr*          +Litton Loan Servicing, LP,    P. O. Box 829009,    Dallas, TX 75382-9009
cr*          +National Capital Management, LLC,    8245 Tournament Drive,    Ste. 230,    Memphis, TN 38125-1741
tee*          Roundup Funding, LLC,    MS 550,    PO Box 91121,    Seattle, WA  98111-9221
cr*           eCAST Settlement Corporation,    POB 35480,    Newark, NJ  07193-5480
8445593      ##+American Home Mort. Servicing,    4600 Regent Blvd, Ste. 200,    Attn: Bankruptcy Dept.,
              Irving, TX 75063-2478
8445618      ##+North Shore Agency,    751 Summa Avenue,    Westbury, NY 11590-5010
8445623      ##+Samuel & Marks,    P.O. Box 6857,    Richmond, VA 23230-0857
                                                                             TOTALS: 2, * 5, ## 3

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 22, 2010**                     **Signature:** _Joseph Speetjens_